| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **AME Zion Western Episcopal District** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA AME Zion Western Episcopal District, a California Non-Profit Corporation** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-4137820** |
| 4. | Debtor's address | **Principal place of business**<br><br>**980 9th Street, Suite 2120**<br>**Sacramento, CA 95814**<br>Number, Street, City, State & ZIP Code<br><br>**Sacramento**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://amez.org/episcopaldistricts/western** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | AME Zion Western Episcopal District | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8131__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor **AME Zion Western Episcopal District**     Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **AME Zion Western Episcopal District**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 30, 2020**
MM / DD / YYYY

X **/s/ Lewis Clinton**
Signature of authorized representative of debtor

**Lewis Clinton**
Printed name

Title **Chief Operating Officer**

**18. Signature of attorney**

X **/s/ Gabriel E. Liberman**
Signature of attorney for debtor

Date **July 30, 2020**
MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone **916-485-1111**     Email address **attorney@4851111.com**

**303010 CA**
Bar number and State



# RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
## of
## AME ZION WESTERN EPISCOPAL DISTRICT

WHEREAS, the AME ZION WESTERN EPISCOPAL DISTRICT, a non-profit California religious corporation ("Corporation") is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

*RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.*

The undersigned hereby certifies that he/she is the duly appointed and qualified Chair, Board of Directors (Trustee) of the AME Zion Western Episcopal District Board of Directors and the custodian of the books and records and seal of AME ZION WESTERN EPISCOPAL DISTRICT, a corporation duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at a meeting of the Directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on July 29, 2020, and that said resolution is now in full force and effect

IN WITNESS WHEREOF, I have executed my name as Trustee and have hereunto affixed the corporate seal of the above-named Corporation this 29th day, July of 2020.

*Sandra K. Davis*
Sandra K. Davis Chair, Board of Directors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AME Zion Western Episcopal District** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

```
                        U.S.D.O.J. - Office of the U.S. Trustee
                        Eastern District of CA / Sacramento
                        Robert T. Matsui U.S. Courthouse
                        501 "I" St., 7th Floor, Room 7-500
                        Sacramento, CA 95814


                        AME Zion Western Episcopal District
                        980 9th Street, Suite 2120
                        Sacramento, CA 95814


                        Alameda County Assessors Office
                        1221 Oak St STE 145
                        Oakland, CA 94612


                        Borough Assessor's Office
                        907 Terminal Street
                        Fairbanks, AK 99701


                        Bronson
                        P.O. Box 15271
                        Fremont, CA 94539


                        California Department of Tax and Fee Adm
                        Special Opers. Bankruptcy Team, MIC: 74
                        P.O. Box 942879
                        Sacramento, CA 94279-0074


                        California State Board of Equalization
                        Account Information Group, MIC 29
                        P.O. Box 942879
                        Sacramento, CA 94279


                        California TD Specialists
                        8190 E. Kaiser Blvd.
                        Anaheim, CA 92808-2277


                        Clark County Tax Collector
                        P.O. Box 5000
                        Vancouver, WA 98666-5000


                        Denver Assessors Office
                        201 W Colfax Ave #406
                        Denver, CO 80202
```

Dr. Richard Ho
6455 Almaden Expy #98
San Jose, CA 95120

Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812

Fresno County Tax Collection
2281 Tulare St
Fresno, CA 93724

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeff Bleeker
8987 E. Tanque Verde Rd. Ste 309-274
Tucson, AZ 85749

Jeff Bleeker
10 Town Plaza #123
Durango, CO 81301

Kings County Clerk/Recorder's Office
1400 W Lacey Blvd
Hanford, CA 93230

Kings County Recorders Office
500 Fourth Ave.
#ADM-AS-0708
Seattle, WA 98104

Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

Los Angeles County Tax Collector
251 E Ave K 6
Lancaster, CA 93535

Maricopa County Assessor's Office
301 W Jefferson Street
Phoenix, AZ 85003

Marion County Tax Collector
555 Court St NE Ste. 2242
Salem, OR 97301

Merced County Tax Collector
2222 M St
Merced, CA 95340

Multnomah County Assessment
PO Box 2716
Portland, OR 97208-2716

Municipal Assessor (Ankorage, AK)
632 W 6th Avenue, Ste 300
Anchorage, AK 99501

Placer County Tax Collector
2976 Richardson Drive
Auburn, CA 95603

Sacramento County Assessor
3701 Power Inn Rd., #300
Sacramento, CA 95826

San Bernardino County Tax Collector
268 W Hospitality Lane, 1st Fl
San Bernardino, CA 92415-0360

San Diego County Treasurer-Tax Collector
1600 Pacific Hwy
San Diego, CA 92101

San Francisco Office of the Assessor
1 Dr. Carlton B. Goodlett Place
City Hall, Room 190
San Francisco, CA 94102-4698

San Joaquin County Tax Collector
44 N. San Joaquin Street., First Floor
Suite 150
Stockton, CA 95201-2169

San Mateo County Tax Collector
555 Country Center, 1st Floor
Redwood City, CA 94063

Santa Clara Assessors Office  
East Wing, 5th Floor  
70 West Hedding Street  
San Jose, CA 95110

Santa Clara County Recorder's Office  
70 W Hedding Street 1st Floor  
San Jose, CA 95110

Security Title Agency, Inc.  
Default Services Division  
4722 N. 24th Street, 2nd Floor  
Phoenix, AZ 85016

Socotra Capital, Inc.  
2208 29th Street, Suite 100  
Sacramento, CA 95817

Stanislaus Tax Collector  
1010 10th Street  
Modesto, CA 95354

Yosemite Capital LLC  
c/o Tom Malgesini  
225 Marvin Avenue  
Los Altos, CA 94022

# United States Bankruptcy Court
## Eastern District of California

In re    **AME Zion Western Episcopal District**     Case No. _____
Debtor(s)     Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **AME Zion Western Episcopal District** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 30, 2020**         **/s/ Gabriel E. Liberman**
Date                             **Gabriel E. Liberman**
                                Signature of Attorney or Litigant
                                Counsel for   **AME Zion Western Episcopal District**
                                **Law Offices of Gabriel Liberman, APC**
                                **1545 River Park Drive., STE 530**
                                **Sacramento, CA 95815**
                                **916-485-1111 Fax:916-485-1111**
                                **attorney@4851111.com**