**Fill in this information to identify the case:**

Debtor name    **AME Zion Western Episcopal District**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2020-23726**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2020**      X **/s/ Lewis Clinton**

Signature of individual signing on behalf of debtor

**Lewis Clinton**
Printed name

**Chief Operating Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| Debtor name | **AME Zion Western Episcopal District** |
|---|---|
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2020-23726** |

☐ Check if this is an

amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GV/HI Park Tower Owner, LLC c/o Property Manager 9809th Street, Suite 260 Sacramento, CA 95814** | | **Past Due Rent Lease Agreement for Debtor's office space located at 980 9th Street, Suite 2120, Sacramento CA 95814** | | | | **$30,000.00** |
| **Pacific Gas & Electric Company P O Box 8329 Stockton, CA 95208** | | **Unpaid utility bills for residential property located at 9920 Los Lagos, Circle, Granite Bay CA 95746** | | | | **$6,000.00** |
| **US Small Business Administration Legal Division District Office 6501 Sylvan Rd Ste 100 Citrus Heights, CA 95610** | | **SBA CARES Act loan- Paycheck Protection Program (PPP). Loan subject to forgiveness** | **Subject to Setoff** | | | **$12,500.00** |

**Fill in this information to identify the case:**

Debtor name   **AME Zion Western Episcopal District**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   **2020-23726**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................   $    **26,338,031.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $    **13,923.57**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................   $    **26,351,954.57**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **12,475,452.62**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **48,500.00**

4.   **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b    $    **12,523,952.62**

| Fill in this information to identify the case: |
| --- |
| Debtor name **AME Zion Western Episcopal District** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* **2020-23726** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of Stockton** | **Business Checking** | **8489** | $686.29 |
| 3.2. | **Wells Fargo Bank, N.A.** | **Business Checking** | **3525** | $178.53 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**    | $864.82 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
      **Security Deposit for residential lease in connection with:**

      **Month-to-month residential lease agreement for 18675 Bonita Drive, Unit A, Morgan Hill, CA 95037.**
      **Initial lease dates: 2/1/2019-2/28/2019**
      **Monthly rent: $4,800.00**
7.1.  **Security Deposit: $4,800.00**    | $4,800.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **AME Zion Western Episcopal District**    Case number *(if known)* **2020-23726**
Name

---

**Security Deposit for residential lease in connection with:**

**Month-to-month residential lease agreement for 18675 Bonita Drive, Unit B, Morgan Hill, CA 95037.**
**Initial lease dates: 9/1/2018-10/1/2018**
**Monthly rent: $1,700.00**
7.2.  **Security Deposit: $1,650.00**    $1,650.00

---

**Security Deposit for nonresidential real property lease commonly known as 980 9th Street, Suite 2120, Sacramento CA**

7.3.  **Location of funds: GV/HI Park Tower, LLC (Landlord)**    $5,108.75

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**    $11,558.75

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor    **AME Zion Western Episcopal District**          Case number *(If known)* **2020-23726**
          Name

**Office furniture: desks, chairs, conference table**

**Location: 980 9th Street, Suite 2120, Sacramento CA**          $0.00          N/A          $1,500.00

---

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**          $1,500.00
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐ No
        ■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

        ■ No.  Go to Part 9.
        ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

        ☐ No.  Go to Part 10.
        ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **AME Zion Western Episcopal District** | | Case number *(If known)* **2020-23726** |
| | <small>Name</small> | | |

| 55.1. | **Fisher Chapel AME Zion** | | | | |
|---|---|---|---|---|---|
| | **Locations: 1) 1607 E South Mountain Ave, Phoenix, AZ 85042; 2) 8411 S. 16th Street Phoenix, AZ 85042; and 3) 8415 S. 16th Street Phoenix, AZ 85042** | | | | |
| | **APN: 008-213-009-0111 Acres: 1.13 Sq ft.: 49,163** | **Fee simple** | **$0.00** | **Appraisal** | **$840,000.00** |
| 55.2. | **Greater Cooper AME Zion** | | | | |
| | **Locations : 1414, 1420, 1425 Myrtle St, Oakland, CA 94607 APN: 5-383-18 Acres: .22 Sq. ft.: 9,525 3 seperate parcels** | **Fee simple** | **$0.00** | **Replacement** | **$2,172,282.00** |
| 55.3. | **First AME Zion** | | | | |
| | **Location: 95 S 20th Street, San Jose, CA 95116 APN: 467-30-051** | **Fee simple** | **$0.00** | **N/A** | **$2,380,000.00** |
| 55.4. | **University AME Zion** | | | | |
| | **Location: 3549 Middlefield Rd., Palo Alto, CA 94306 APN: 127-20-250 Acres: .97 Sq. ft. 42,282** | **Fee simple** | **$0.00** | **Appraisal** | **$7,200,000.00** |
| 55.5. | **Stewart Chapel AME Zion** | | | | |
| | **Location: 536 Hurlingame Ave., Redwood City, CA 94063 APN: 054-244-340 Acres: .11 Sq. ft. 5,000** | **Fee simple** | **$0.00** | **N/A** | **$1,370,000.00** |

Debtor    **AME Zion Western Episcopal District**      Case number *(If known)* **2020-23726**

Name

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **Kyles Temple AME Zion Church**<br><br>**Location: 2940 42nd St, Sacramento, CA 95817**<br>**APN: 014-0152-041-0000**<br>**Acres: 1.30**<br>**Sq. ft. 56,628** | Fee simple | $0.00 | N/A | $2,374,500.00 |
| 55.7. | **Hilliard Chapel AME Zion Church**<br><br>**Location: 209 C St, Stockton, CA 95205**<br>**APN: 153-102-090-000**<br>**Acres: .43**<br>**Sq. ft. 18,750** | Fee simple | $0.00 | N/A | $1,000,000.00 |
| 55.8. | **Stewart Tabernacle AME Zion Church**<br><br>**Location: 2228 S M.L.K. Jr Blvd, Fresno, CA 93706** | Fee simple | $0.00 | N/A | $690,000.00 |
| 55.9. | **First AME Zion Church**<br><br>**Location: 1449 W Adams Blvd, Los Angeles, CA 90007**<br>**APN: 5054-027-018**<br>**Acres: .77**<br>**Sq. ft. 33,634** | Fee simple | $0.00 | Replacement | $2,400,000.00 |
| 55.10. | **Shiloh AME. Zion Church**<br><br>**Location: 1017 & 1023 S Canyon Blvd, Monrovia, CA 91016**<br>**APN: 8515-018-029**<br>**Acres: .11**<br>**Sq. ft. 4,780** | Fee simple | $0.00 | N/A | $748,400.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **AME Zion Western Episcopal District**                Case number *(If known)* **2020-23726**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.11 · | **Single Family Residence Bishop's residence**<br><br>**Location: 9920 Los Lagos, Circle, Granite Bay CA 95746**<br>**APN: 035-330-053-000**<br>**Acres: .09**<br>**Sq. ft. 3,704**<br><br>**Value based on appraisal dated: 3/8/2017** | Fee simple | $0.00 | Appraisal | $1,489,000.00 |
| 55.12 · | **Morgan Hill Parsonage Residential Property**<br>**Location: 18695 Bonita Drive, Morgan Hill, CA 95037**<br>**Acres: .06**<br>**Sq. ft. 2,750**<br><br>**Property has two rental units with two active month to month leases. See Schedule G.** | Fee simple | $0.00 | N/A | $1,600,000.00 |
| 55.13 · | **Miracle Mountain A.M.E. Zion Church**<br><br>**Location: 2535-2575 Vine St, Denver, CO 80205**<br>**APN: 816027700** | Fee simple | $0.00 | N/A | $2,073,849.00 |
| 55.14 · | **Nonresidential real property lease commonly known as 980 9th Street, Suite 2120, Sacramento CA**<br><br>**Use: Office / Administration of Debtor**<br>**Square feet: 1,525**<br><br>**Term: 24 months, Effective 1/1/2019**<br>**Monthly base rent, 1-12: $4,959.25**<br>**Monthly base rent, 13-24: $5,108.75** | Lease Tenant | $0.00 | | $0.00 |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                         page 6

Debtor   **AME Zion Western Episcopal District**                 Case number *(If known)* **2020-23726**
         Name

56.   **Total of Part 9.**                                                    | $26,338,031.00 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☐ No
      ■ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☐ No
      ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** Company website: www.wedamez.org | $0.00 | N/A | Unknown |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                   | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

Debtor    **AME Zion Western Episcopal District**                    Case number *(If known)* **2020-23726**
          Name

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
       **Property Insurance policy for insured:**
       **AME Zion Western Episcopal District, Inc.**

       **Covers all real property and personal property located
       at: First A.M.E. Zion Church (Los Angeles, CA), First
       AME Church (San Jose, CA), Fisher Chapel (Phoenix,
       AZ), Hillard Chapel (Stockton, CA), Second AME Church
       (Inglewood, CA) and University AME (Palo Alto, CA),
       $2,500.00 Ded.**
       **Effective: 10/1/2019-10/1/2020**
       **Policy no. KTQ-CMB-2L62595-8-19**

       **Insurer : Travelers Excess and Surplus Lines Co**                              **Unknown**

       **Commercial Liability, Property, Auto and Umbrella
       Insurance policy for insured:**
       **AME Zion Western Episcopal District, Inc.**

       **Covers real property and personal property at Greater
       Cooper AME Zion (Oakland, CA), Kyles Temple AME
       Zion (Sacramento, CA), Shiloh AME Zion Church
       (Monrivia, CA), Stewart Chapel (Redwood City, CA),
       Single family residence located in Granite Bay, CA**

       **Effective: 10/1/2019-10/1/2020**
       **Policy no. PHPK2036200**

       **Insurer general and auto: Philadelphia Indemnity
       Insurance Company**
       **Insurer Directors and Officers Employement Practices
       Liability: Atlantic Specialty Insurance Company**                               **Unknown**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **AME Zion Western Episcopal District** | Case number *(If known)* **2020-23726** |
|---|---|---|
| | Name | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $864.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,558.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $26,338,031.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,923.57 | + 91b. $26,338,031.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,351,954.57 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name　**AME Zion Western Episcopal District**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　**2020-23726**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property　　　　12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　■ Yes. Fill in all of the information below.

**Part 1:　List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **Alameda County Assessors Office**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Greater Cooper AME Zion**<br><br>**Locations : 1414, 1420, 1425 Myrtle St, Oakland, CA 94607**<br>**APN: 5-383-18**<br>**Acres: .22**<br>**Sq. ft.: 9,525**<br>**3 seperate parcels** | **$0.00** | **$2,172,282.00** |
| **1221 Oak St STE 145 Oakland, CA 94612**<br>Creditor's mailing address | **Describe the lien**<br>**Property Taxes - For Notice Purposes Only**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Alameda County Assessors Office**<br>**2. Socotra Capital, Inc.** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| 2.2 **Bank of Stockton** | **Describe debtor's property that is subject to a lien** | **$1,000,000.00** | **$1,489,000.00** |

| Debtor | AME Zion Western Episcopal District | Case number (if known) | 2020-23726 |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Single Family Residence**
**Bishop's residence**

**Location: 9920 Los Lagos, Circle, Granite Bay**
**CA 95746**
**APN: 035-330-053-000**
**Acres: .09**
**Sq. ft. 3,704**

**301 East Miner Avenue**
**Stockton, CA 95202**

Creditor's mailing address

**Value based on appraisal dated: 3/8/2017**

Describe the lien
**First Deed of Trust**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/27/2017**

Last 4 digits of account number
**6782**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Do multiple creditors have an interest in the same property?
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Placer County Tax Collector**
**2. Bank of Stockton**

---

| 2.3 | **Bronson** | Describe debtor's property that is subject to a lien | $655,000.00 | $1,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Hilliard Chapel AME Zion Church**

**Location: 209 C St, Stockton, CA 95205**
**APN: 153-102-090-000**
**Acres: .43**
**Sq. ft. 18,750**

**P.O. Box 15271**
**Fremont, CA 94539**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Do multiple creditors have an interest in the same property?
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. San Joaquin County Tax Collector**
**2. Bronson**

---

| 2.4 | **Denver Assessors Office** | Describe debtor's property that is subject to a lien | $0.00 | $2,073,849.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **AME Zion Western Episcopal District**      Case number (if known)    **2020-23726**
_____
Name

| | |
|---|---|
| Creditor's Name | **Miracle Mountain A.M.E. Zion Church** |
| | Location: 2535-2575 Vine St, Denver, CO 80205<br>APN: 816027700 |
| **201 W Colfax Ave #406**<br>**Denver, CO 80202** | |
| Creditor's mailing address | **Describe the lien** |
| | **Property Taxes - For Notice Purposes Only** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Denver Assessors Office**<br>**2. Jeff Bleeker** | ■ Disputed |

| | | | |
|---|---|---|---|
| 2.5 | **Dr. Richard Ho** | **$1,150,000.00** | **$1,600,000.00** |
| | Creditor's Name | | |
| | **Describe debtor's property that is subject to a lien** | | |
| | Morgan Hill Parsonage<br>**Residential Property**<br>Location: 18695 Bonita Drive, Morgan Hill, CA 95037<br>Acres: .06<br>Sq. ft. 2,750 | | |
| **6455 Almaden Expy #98**<br>**San Jose, CA 95120** | **Property has two rental units with two active month to month leases. See Schedule G.** | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| **1. Santa Clara County Recorder's Office**<br>**2. Dr. Richard Ho** | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| 2.6 | **Fresno County Tax Collection** | | |
| | **Describe debtor's property that is subject to a lien** | **$0.00** | **$690,000.00** |

| Debtor | **AME Zion Western Episcopal District** | Case number (if known) | **2020-23726** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | **Stewart Tabernacle AME Zion Church** |
|---|---|

**2281 Tulare St**
**Fresno, CA 93724**

Creditor's mailing address

**Location: 2228 S M.L.K. Jr Blvd, Fresno, CA 93706**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including its relative priority.
**1. Fresno County Tax Collection**
**2. Socotra Capital, Inc.**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Jeff Bleeker** | Describe debtor's property that is subject to a lien | **$1,200,000.00** | **$2,400,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **First AME Zion Church** | | |

**8987 E. Tanque Verde Rd.**
**Ste 309-274**
**Tucson, AZ 85749**

Creditor's mailing address

**Location: 1449 W Adams Blvd, Los Angeles, CA 90007**
**APN: 5054-027-018**
**Acres: .77**
**Sq. ft. 33,634**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**12/29/2017**

**Last 4 digits of account number**
**1047**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including its relative priority.
**1. Los Angeles County Tax Collector**
**2. Jeff Bleeker**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Jeff Bleeker** | Describe debtor's property that is subject to a lien | **$1,550,000.00** | **$2,073,849.00** |
|---|---|---|---|---|
| | Creditor's Name | **Miracle Mountain A.M.E. Zion Church** | | |

**8987 E. Tanque Verde Rd.**
**Ste 309-274**
**Tucson, AZ 85749**

Creditor's mailing address

**Location: 2535-2575 Vine St, Denver, CO 80205**
**APN: 816027700**

**Describe the lien**

---

Debtor   **AME Zion Western Episcopal District**     Case number (if known)   **2020-23726**

Name

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**01/2020**

**Last 4 digits of account number**

Creditor's email address, if known

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | | | |
|---|---|---|---|

**Los Angeles County Tax Collector**

Creditor's Name

P.O. Box 54027
Los Angeles, CA
90054-0027

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.7**

**Describe debtor's property that is subject to a lien**      **$0.00**      **$2,400,000.00**

**First AME Church**

**Location: 1449 W Adams Blvd, Los Angeles, CA 90007**
**APN: 5054-027-018**
**Acres: .77**
**Sq. ft. 33,634**

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 0 | | | |
|---|---|---|---|

**Los Angeles County Tax Collector**

Creditor's Name

P.O. Box 54027
Los Angeles, CA
90054-0027

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**      **$0.00**      **$748,400.00**

**Shiloh AME. Zion Church**

**Location: 1017 & 1023 S Canyon Blvd, Monrovia, CA 91016**
**APN: 8515-018-029**
**Acres: .11**
**Sq. ft. 4,780**

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

---

| Debtor | **AME Zion Western Episcopal District** | Case number (if known) | **2020-23726** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Los Angeles County Tax Collector**
**2. Socotra Capital, Inc.**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **Maricopa County Assessor's Office** | Describe debtor's property that is subject to a lien | **$0.00** | **$840,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Fisher Chapel AME Zion** | | |

**Locations: 1) 1607 E South Mountain Ave, Phoenix, AZ 85042; 2) 8411 S. 16th Street Phoenix, AZ 85042; and 3) 8415 S. 16th Street Phoenix, AZ 85042**

**APN: 008-213-009-0111**
**Acres: 1.13**
**Sq ft.: 49,163**

**301 W Jefferson Street**
**Phoenix, AZ 85003**
Creditor's mailing address

Describe the lien
**Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Maricopa County Assessor's Office**
**2. Socotra Capital, Inc.**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **Placer County Tax Collector** | Describe debtor's property that is subject to a lien | **$0.00** | **$1,489,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Single Family Residence** **Bishop's residence** | | |

**Location: 9920 Los Lagos, Circle, Granite Bay CA 95746**
**APN: 035-330-053-000**
**Acres: .09**
**Sq. ft. 3,704**

**2976 Richardson Drive**
**Auburn, CA 95603**
Creditor's mailing address

**Value based on appraisal dated: 3/8/2017**

Describe the lien
**Property Taxes**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **AME Zion Western Episcopal District**                          Case number (if known)   **2020-23726**
       Name

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | □ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| □ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| **Specified on line 2.2** | ■ Disputed |

---

| 2.1 3 | **Sacramento County Assessor** | Describe debtor's property that is subject to a lien | **$0.00** | **$2,374,500.00** |
|---|---|---|---|---|
| | Creditor's Name | **Kyles Temple AME Zion Church** | | |

| | |
|---|---|
| | **Location: 2940 42nd St, Sacramento, CA 95817** |
| | **APN: 014-0152-041-0000** |
| | **Acres: 1.30** |
| **3701 Power Inn Rd., #300** | **Sq. ft. 56,628** |
| **Sacramento, CA 95826** | |
| Creditor's mailing address | **Describe the lien** |
| | **Property Taxes: For Notice Purposes Only** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | □ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated |
| | ■ Disputed |

---

| 2.1 4 | **San Joaquin County Tax Collector** | Describe debtor's property that is subject to a lien | **$0.00** | **$1,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Hilliard Chapel AME Zion Church** | | |

| | |
|---|---|
| **44 N. San Joaquin Street, First Floor Suite 150 Stockton, CA 95201-2169** | **Location: 209 C St, Stockton, CA 95205** |
| | **APN: 153-102-090-000** |
| | **Acres: .43** |
| | **Sq. ft. 18,750** |
| Creditor's mailing address | **Describe the lien** |
| | **Property Taxes: For Notice Purposes Only** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | □ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor   **AME Zion Western Episcopal District**
Name

Case number (if known)   **2020-23726**

---

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **San Mateo County Tax Collector** | | $0.00 | $1,370,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Stewart Chapel AME Zion**

**Location: 536 Hurlingame Ave., Redwood City, CA 94063**
**APN: 054-244-340**
**Acres: .11**
**Sq. ft. 5,000**

**555 Country Center, 1st Floor**
**Redwood City, CA 94063**
Creditor's mailing address

**Describe the lien**
**Property Taxes: For Notice Purposes Only**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including its relative priority.
**1. San Mateo County Tax Collector**
**2. Socotra Capital, Inc.**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 6 | **Santa Clara Assessors Office** | | $0.00 | $2,380,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**First AME Zion**

**Location: 95 S 20th Street, San Jose, CA 95116**
**APN: 467-30-051**

**East Wing, 5th Floor**
**70 West Hedding Street**
**San Jose, CA 95110**
Creditor's mailing address

**Describe the lien**
**Property Taxes: For Notice Purposes Only**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 8 of 14

Debtor **AME Zion Western Episcopal District**

Name

Case number (*if known*)   **2020-23726**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Santa Clara Assessors
Office**
**2. Socotra Capital, Inc.**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 7 | **Santa Clara County Recorder's Office** | | **$0.00** | **$7,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**University AME Zion**

**Location: 3549 Middlefield Rd., Palo Alto, CA
94306
APN: 127-20-250
Acres: .97
Sq. ft. 42,282**

**70 W Hedding Street 1st
Floor
San Jose, CA 95110**

Creditor's mailing address

**Describe the lien**
**Property Taxes: For Notice Purposes Only**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Santa Clara County
Recorder's Office**
**2. Yosemite Capital LLC**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 8 | **Santa Clara County Recorder's Office** | | **$0.00** | **$1,600,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Morgan Hill Parsonage
Residential Property
Location: 18695 Bonita Drive, Morgan Hill, CA
95037
Acres: .06
Sq. ft. 2,750**

**70 W Hedding Street 1st
Floor
San Jose, CA 95110**

Creditor's mailing address

**Property has two rental units with two active
month to month leases. See Schedule G.**

**Describe the lien**
**Property Taxes: For Notice Purposes Only**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | AME Zion Western Episcopal District | Case number (if known) | 2020-23726 |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 9 | **Socotra Capital, Inc.** | **Describe debtor's property that is subject to a lien** | $3,000,000.00 | $2,172,282.00 |
|---|---|---|---|---|
| | Creditor's Name | **Greater Cooper AME Zion** | | |

**Locations : 1414, 1420, 1425 Myrtle St, Oakland, CA 94607
APN: 5-383-18
Acres: .22
Sq. ft.: 9,525
3 seperate parcels**

**2208 29th Street, Suite 100
Sacramento, CA 95817**

Creditor's mailing address

**Describe the lien**
**First Deed of Trust / Cross-collaterized loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Socotra Capital, Inc.** | **Describe debtor's property that is subject to a lien** | $1.00 | $1,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Kyles Temple AME Zion** | | |

**Location: 912 Florida Street, Vallejo, CA 94590
APN: 0056-143-160
Acres: .25
Sq. ft.: 11,024**

**2208 29th Street, Suite 100
Sacramento, CA 95817**

Creditor's mailing address

**Describe the lien**
**First Deed of Trust/ Cross-collaterized loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | AME Zion Western Episcopal District | Case number (if known) | 2020-23726 |
|---|---|---|---|
| | Name | | |

---

**2.2.1**

**Socotra Capital, Inc.**
Creditor's Name

2208 29th Street, Suite 100
Sacramento, CA 95817
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

**Describe debtor's property that is subject to a lien**      $1.00      $840,000.00
**Fisher Chapel AME Zion**

Locations: 1) 1607 E South Mountain Ave,
Phoenix, AZ 85042; 2) 8411 S. 16th Street
Phoenix, AZ 85042; and 3) 8415 S. 16th Street
Phoenix, AZ 85042

APN: 008-213-009-0111
Acres: 1.13
Sq ft.: 49,163

**Describe the lien**
**First Deed of Trust/ Cross-collaterized loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2.2**

**Socotra Capital, Inc.**
Creditor's Name

2208 29th Street, Suite 100
Sacramento, CA 95817
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.16**

**Describe debtor's property that is subject to a lien**      $1.00      $2,380,000.00
**First AME Zion**

Location: 95 S 20th Street, San Jose, CA
95116
APN: 467-30-051

**Describe the lien**
**First Deed of Trust/ Cross-collaterized loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2.3**

**Socotra Capital, Inc.**

**Describe debtor's property that is subject to a lien**      $1.00      $1,370,000.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **AME Zion Western Episcopal District**      Case number (if known)   **2020-23726**

Name

| | |
|---|---|
| Creditor's Name | **Stewart Chapel AME Zion** |
| | **Location: 536 Hurlingame Ave., Redwood City, CA 94063**<br>**APN: 054-244-340**<br>**Acres: .11**<br>**Sq. ft. 5,000** |
| **2208 29th Street, Suite 100**<br>**Sacramento, CA 95817** | |
| Creditor's mailing address | **Describe the lien**<br>**First Deed of Trust/ Cross-collaterized loan** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.15** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| | | | |
|---|---|---|---|
| **2.2 4** | **Socotra Capital, Inc.** | Describe debtor's property that is subject to a lien | $1.00     $690,000.00 |
| | Creditor's Name | **Stewart Tabernacle AME Zion Church** | |
| | **2208 29th Street, Suite 100**<br>**Sacramento, CA 95817** | **Location: 2228 S M.L.K. Jr Blvd, Fresno, CA 93706** | |
| | Creditor's mailing address | **Describe the lien**<br>**First Deed of Trust/ Cross-collaterized loan** | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.6** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

| | | | |
|---|---|---|---|
| **2.2 5** | **Socotra Capital, Inc.** | Describe debtor's property that is subject to a lien | $1.00     $748,400.00 |
| | Creditor's Name | **Shiloh AME. Zion Church** | |
| | | **Location: 1017 & 1023 S Canyon Blvd, Monrovia, CA 91016**<br>**APN: 8515-018-029**<br>**Acres: .11**<br>**Sq. ft. 4,780** | |
| | **2208 29th Street, Suite 100**<br>**Sacramento, CA 95817** | | |
| | Creditor's mailing address | **Describe the lien** | |

---

| Debtor | **AME Zion Western Episcopal District** | Case number (if known) | **2020-23726** |
|---|---|---|---|
| | Name | | |

**First Deed of Trust/ Cross-collaterized loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.10**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 6 | **Yosemite Capital LLC** | Describe debtor's property that is subject to a lien | $3,920,446.62 | $7,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **University AME Zion** | | |

**Location: 3549 Middlefield Rd., Palo Alto, CA 94306**

**APN: 127-20-250**

**Acres: .97**

**Sq. ft. 42,282**

c/o Tom Malgesini
225 Marvin Avenue
Los Altos, CA 94022

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.17**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $12,475,452. 62 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **California TD Specialists** **8190 E. Kaiser Blvd.** **Anaheim, CA 92808-2277** | Line  **2.26** | |
| **FCI Lender Services** **P O Box 27370** **Anaheim, CA 92809** | Line  **2.26** | |

| Debtor | **AME Zion Western Episcopal District** | Case number (*if known*) | **2020-23726** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Jeff Bleeker**<br>**10 Town Plaza #123**<br>**Durango, CO 81301** | Line __2.7__ |
| **Jeff Bleeker**<br>**10 Town Plaza #123**<br>**Durango, CO 81301** | Line __2.8__ |
| **Security Title Agency, Inc.**<br>**Default Services Division**<br>**4722 N. 24th Street, 2nd Floor**<br>**Phoenix, AZ 85016** | Line __2.19__ |
| **Security Title Agency, Inc.**<br>**Default Services Division**<br>**4722 N. 24th Street, 2nd Floor**<br>**Phoenix, AZ 85016** | Line __2.20__ |
| **Security Title Agency, Inc.**<br>**Default Services Division**<br>**4722 N. 24th Street, 2nd Floor**<br>**Phoenix, AZ 85016** | Line __2.21__ |
| **Security Title Agency, Inc.**<br>**Default Services Division**<br>**4722 N. 24th Street, 2nd Floor**<br>**Phoenix, AZ 85016** | Line __2.22__ |
| **Security Title Agency, Inc.**<br>**Default Services Division**<br>**4722 N. 24th Street, 2nd Floor**<br>**Phoenix, AZ 85016** | Line __2.23__ |
| **Security Title Agency, Inc.**<br>**Default Services Division**<br>**4722 N. 24th Street, 2nd Floor**<br>**Phoenix, AZ 85016** | Line __2.24__ |
| **Security Title Agency, Inc.**<br>**Default Services Division**<br>**4722 N. 24th Street, 2nd Floor**<br>**Phoenix, AZ 85016** | Line __2.25__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **AME Zion Western Episcopal District**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   **2020-23726**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**California State Board of Equalization**<br>**Account Information Group, MIC 29**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section**<br>**P.O. Box 2952 MSA - 340**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      41829      Best Case Bankruptcy

| Debtor | **AME Zion Western Episcopal District** | Case number (if known) | **2020-23726** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**GV/HI Park Tower Owner, LLC**
**c/o Property Manager**
9809th Street, Suite 260
Sacramento, CA 95814

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Rent Lease Agreement for Debtor's office space located at 980 9th Street, Suite 2120, Sacramento CA 95814**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Pacific Gas & Electric Company**
P O Box 8329
Stockton, CA 95208

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid utility bills for residential property located at 9920 Los Lagos, Circle, Granite Bay CA 95746**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**US Small Business Administration**
**Legal Division District Office**
6501 Sylvan Rd Ste 100
Citrus Heights, CA 95610

Date(s) debt was incurred  **04/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SBA CARES Act loan- Paycheck Protection Program (PPP). Loan subject to forgiveness**

Is the claim subject to offset? ☐ No ■ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **California Department of Tax and Fee Adm** **Special Opers. Bankruptcy Team, MIC: 74** **P.O. Box 942879** **Sacramento, CA 94279-0074** | Line  **2.1**  ☐ Not listed. Explain ____ | _ |

---

| Debtor | **AME Zion Western Episcopal District** | Case number (if known) | **2020-23726** |
|--------|------------------------------------------|------------------------|----------------|
|        | Name                                     |                        |                |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|-------------|-------------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|----------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 48,500.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 48,500.00 |

**Fill in this information to identify the case:**

Debtor name **AME Zion Western Episcopal District**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2020-23726**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month residential lease agreement for 18675 Bonita Drive, Unit A, Morgan Hill, CA 95037. Initial lease dates: 2/1/2019-2/28/2019 Monthly rent: $4,800.00 Security Deposit: $4,800.00** | |
| | State the term remaining | **Month-to-month** | **Armando Hernandez & Silvia Venegas 18675 Bonita Drive, Unit A Morgan Hill, CA 95037** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease commonly known as 980 9th Street, Suite 2120, Sacramento CA** **Use: Office / Administration of Debtor Square feet: 1,525** **Term: 24 months, Effective 1/1/2019 Monthly base rent, 1-12: $4,959.25 Monthly base rent, 13-24: $5,108.75** | |
| | State the term remaining | **6 months** | **GV/HI Park Tower Owner, LLC c/o Property Manager 9809th Street, Suite 260 Sacramento, CA 95814** |
| | List the contract number of any government contract | | |

Debtor 1   **AME Zion Western Episcopal District**                         Case number *(if known)*   **2020-23726**
    First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month residential lease agreement for 18675 Bonita Drive, Unit B, Morgan Hill, CA 95037. Initial lease dates: 9/1/2018-10/1/2018 Monthly rent: $1,700.00 Security Deposit: $1,650.00** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | | **Joe and Yesenia Loredo<br>8675 Bonita Drive, Unit B<br>Morgan Hill, CA 95037** |

**Fill in this information to identify the case:**

Debtor name    **AME Zion Western Episcopal District**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2020-23726**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dr. Sheila Quintana** | **2339 Hammer Lane** **Stockton, CA 95209** | **Jeff Bleeker** | ■ D __**2.7**__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Sandra Davis** | **980 9th Street** **Sacramento, CA 95814** | **Jeff Bleeker** | ■ D __**2.8**__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Sandra Davis** | **980 9th Street** **Sacramento, CA 95814** | **Socotra Capital, Inc.** | ■ D __**2.19**__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Sandra Davis** | **980 9th Street** **Sacramento, CA 95814** | **Socotra Capital, Inc.** | ■ D __**2.20**__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Sandra Davis** | **980 9th Street** **Sacramento, CA 95814** | **Socotra Capital, Inc.** | ■ D __**2.22**__ ☐ E/F _____ ☐ G _____ |

| Debtor | **AME Zion Western Episcopal District** | Case number *(if known)* | **2020-23726** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.6   **Sandra Davis** | 980 9th Street<br>Sacramento, CA 95814 | **Socotra Capital, Inc.** | ■ D   **2.23**<br>☐ E/F _____<br>☐ G _____ |
| 2.7   **Sandra Davis** | 980 9th Street<br>Sacramento, CA 95814 | **Socotra Capital, Inc.** | ■ D   **2.24**<br>☐ E/F _____<br>☐ G _____ |
| 2.8   **Sandra Davis** | 980 9th Street<br>Sacramento, CA 95814 | **Socotra Capital, Inc.** | ■ D   **2.25**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name　**AME Zion Western Episcopal District**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　**2020-23726**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From　**1/01/2020** to **Filing Date** | **SBA loan- Paycheck Protection Program (PPP) Loan** | **$12,500.00** |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Dr. Richard Ho**<br>**10438 Flora Vista Avenue**<br>**Cupertino, CA 95014** | **May:**<br>**$1,650.00**<br>**June:**<br>**$1,650.00**<br>**July:**<br>**$1,650.00** | **$4,950.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other　**Monthly lease payments made directly by tenants for 18675 Bonita Drive Unit B, Morgan Hill, CA 95037** |

Debtor    **AME Zion Western Episcopal District**       Case number *(if known)*   **2020-23726**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.   **Dr. Richard Ho**<br>**10438 Flora Vista Avenue**<br>**Cupertino, CA 95014** | **May:**<br>**$4,800.00**<br>**June:**<br>**$4,800.00**<br>**July:**<br>**$4,800.00** | **$14,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Monthly lease**<br>**payments made directly by**<br>**tenants for 18675 Bonita Drive**<br>**Unit A, Morgan Hill, CA 95037** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Lance Evic, Jacol, LLC, Jeff Bleeker**<br>**8987 E. Tanque Verde Rd. Ste 309-274**<br>**Tucson, AZ 85749** | **Foreclosure on First AME Zion Church San Bernardino, CA**<br>**Location: 760 W 6th St, San Bernardino, CA 92410**<br>**Amount owed on loan: $768,235.83**<br><br>**Value based on current real estate listing of property.** | **02/25/2020** | **$1,100,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **AME Zion Western Episcopal District**        Case number *(if known)* **2020-23726**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **California TD Specialists as trustee on behalf of Yosemite Capital LLC vs. Debtor TS No. 84880** | **Foreclosure against 3549 Middlefield Road, Palo Alto, CA 95209 scheduled for 9/25/2020** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Security Title Agency trustee on behalf of Socotra Capital, Inc. v. Debtor TS No. 14200274** | **Foreclosure against 1607 E. South Mountain Ave., Phoenix, AZ 85042 scheduled for 7/31/2020** | | ■ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Debtor    **AME Zion Western Episcopal District**        Case number *(if known)*   **2020-23726**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Gabriel Liberman, APC 1545 River Park Drive., STE 530 Sacramento, CA 95815** | **Attorney Fees** | **07/10/2020: $5,000 07/29/2020: $10,000 08/06/2020: $16,717.00** | **$30,000.00** |
| | Email or website address **attorney@4851111.com** | | | |
| | Who made the payment, if not debtor? **Winston Chapel Mission of the AME Zion Church** | | | |
| 11.2. | **Law Offices of Gabriel Liberman, APC 1545 River Park Drive., STE 530 Sacramento, CA 95815** | **Filing Fee** | **07/10/2020: $5,000 07/29/2020: $10,000 08/06/2020: $16,717.00** | **$1,717.00** |
| | Email or website address **attorney@4851111.com** | | | |
| | Who made the payment, if not debtor? **Winston Chapel Mission of the AME Zion Church** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Socotra Capital, Inc. 2208 29th Street, Suite 100 Sacramento, CA 95817** | **$75,000 or 2.5% Broker fee for $3 million dollar cross-collaterized secured loan.** | **12/17/2019** | **$75,000.00** |
| | Relationship to debtor **None** | | | |

Debtor     **AME Zion Western Episcopal District**          Case number *(if known)* **2020-23726**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | **Church Capital Corporation**<br>**1101 Marina Village Pkwy,**<br>**#201**<br>**Alameda, CA 94501** | **Loan origination fee in connection with**<br>**$1.46M secured loan against 2535-2575**<br>**North Vine Street, Denver CO 80205** | **01/2020** | **$14,878.77** |
| | Relationship to debtor<br>**None** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**
    **profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
    moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
    cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

Debtor    **AME Zion Western Episcopal District**    Case number *(if known)* **2020-23726**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

Debtor    **AME Zion Western Episcopal District**        Case number *(if known)* **2020-23726**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Theresa K. Donnelly, CPA**<br>**425 W Bonita Ave., Ste. 109**<br>**San Dimas, CA 91773-2542** | **9/20/2019-4/17/2020** |
| 26a.2.   **Sandra K. Davis**<br>**980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **Bookkeeper from**<br>**2017-current** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Theresa K. Donnelly, CPA**<br>**425 W Bonita Ave., Ste. 109**<br>**San Dimas, CA 91773-2542** | **9/20/2019-4/17/2020** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Theresa K. Donnelly, CPA**<br>**425 W Bonita Ave., Ste. 109**<br>**San Dimas, CA 91773-2542** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.   **Socotra Capital, Inc.**<br>**2208 29th Street, Suite 100**<br>**Sacramento, CA 95817** |
| 26d.2.   **Church Capital Corporation**<br>**1101 Marina Village Pkwy, #201**<br>**Alameda, CA 94501** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **AME Zion Western Episcopal District**      Case number *(if known)*   **2020-23726**

| Name and address |
| --- |
| 26d.3.    **Yosemite Capital LLC**<br>**c/o Tom Malgesini**<br>**225 Marvin Avenue**<br>**Los Altos, CA 94022** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Staccato Powel** | **980 9th Street, Suite 2120 Sacramento, CA 95814** | **Chief Executive Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Lewis Clinton** | **980 9th Street, Suite 2120 Sacramento, CA 95814** | **Chief Operating Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Sandra K. Davis** | **980 9th Street, Suite 2120 Sacramento, CA 95814** | **Board of Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Jawaad Love** | **980 9th Street, Suite 2120 Sacramento, CA 95814** | **Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Sheila Quintana** | **980 9th Street, Suite 2120 Sacramento, CA 95814** | **Chief Financial Officer** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

Debtor    **AME Zion Western Episcopal District**                    Case number *(if known)*  **2020-23726**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Staccato Powel**<br>**980 9th Street, Suite 2120**<br>**Sacramento, CA 95814** | **$1,000** | **4/24/2020** | **Business Expense Reimbursment** |
| | Relationship to debtor<br>**Chief Executive Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **AME Zion Western Episcopal District**          Case number *(if known)*   **2020-23726**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2020**

**/s/ Lewis Clinton**                                            **Lewis Clinton**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Operating Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re    **AME Zion Western Episcopal District**       Case No.    **2020-23726**

Debtor(s)       Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **SEE ATTACHMENT** |
| Prior to the filing of this statement I have received | $ | **SEE ATTACHMENT** |
| Balance Due | $ | **SEE ATTACHMENT** |

2. $  **1,717.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):

   See attachment

4. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify):

   See attachment

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Other general bankruptcy counseling.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **An attorney who is retained to represent a debtor in a bankruptcy case constitutes an appearance for all purposes in the case, including, without limitation, motions for relief from the automatic stay, motions to avoid liens, objections to claims, and reaffirmation agreements. However, an appearance in the bankruptcy case for a party does not require the attorney to appear for that party in an adversary proceeding**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 25, 2020**            /s/ Gabriel E. Liberman

*Date*                      **Gabriel E. Liberman**
                              *Signature of Attorney*
                              **Law Offices of Gabriel Liberman, APC**
                              **1545 River Park Drive., STE 530**
                              **Sacramento, CA 95815**
                              **916-485-1111   Fax: 916-485-1111**
                              **attorney@4851111.com**
                              *Name of law firm*

In re   **AME Zion Western Episcopal District**            Case No.   **2020-23726**

Debtor(s)

## <u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)</u>
### Attachment B

Debtor agreed to pay the Law Offices of Gabriel Liberman, APC (the "<u>FIRM</u>") a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

       Gabriel E. Liberman                $315.00 per hour
       Legal Assistants                      $150.00 per hour

plus cost.


       Winston Chapel Mission of the African Methodist Episcopal Zion Church, a California corporation ("Winston Chapel") advanced a retainer of $31,717.00 to the FIRM for the filing of Debtor's Voluntary Petition Under Chapter 11. The FIRM applied $7,991.25 of the retainer to fees and costs incurred before the filing of Debtor's Chapter 11 case. The balance of the retainer, $23,725.75, received from Winston Chapel is on deposit in the FIRM's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 case after Court approval. Winston Chapel has agreed to pay monthly post-petition payments of $5,000, starting September 1, 2020, of which funds will be held in the FIRM's client-trust account.

All fees and costs incurred by the FIRM after July 30, 2020 (Petition Date) will be paid after an Application for Allowance of Attorneys Fees and Costs is approved by the bankruptcy Court as a part of Debtor's case.

# United States Bankruptcy Court
### Eastern District of California

In re   **AME Zion Western Episcopal District**        Case No.   **2020-23726**

                            Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 25, 2020**              Signature   **/s/ Lewis Clinton**

                                                     **Lewis Clinton**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.