EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
CAMERON GULDEN, State Bar No. MN 310931
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: edmund.gee@usdoj.gov
Email: Cameron.M.Gulden@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-23726-A-11 |
| AME Zion Western Episcopal District, | DC No.: UST-1 |
| Debtor. | No Hearing Required |

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court has considered the United States Trustee's Application for Order Approving Appointment of Chapter 11 Trustee and the Affidavit-Declaration of **Jeffrey I. Golden**. Good cause appearing, it is hereby

**ORDERED** that the selection of **Jeffrey I. Golden** to serve as Chapter 11 Trustee in this case is APPROVED under 11 U.S.C. § 1104; and it is further

RECEIVED
February 26, 2021
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006938399

1

**ORDERED** that **Jeffrey I. Golden** shall have all the powers of a trustee under 11 U.S.C. § 1106(a).

Dated: March 02, 2021

*/s/ Fredrick E. Clement*
Fredrick E. Clement
United States Bankruptcy Judge